In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00048-CR
_____

**LONNIE JAMES LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-09786**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant Lonnie James Lewis pleaded no contest to injury to a child as a habitual felony offender. The trial court found the evidence sufficient to find Lewis guilty but deferred further proceedings, placed Lewis on community supervision, and assessed a fine of $1000. The State subsequently filed a motion to revoke Lewis's unadjudicated community supervision. Lewis pleaded "true" to three violations of the conditions of his community supervision. The trial court found that Lewis had violated the

conditions of his community supervision, found him guilty, and assessed punishment at twenty-five years of confinement.

Lewis's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On June 11, 2015, we granted an extension of time for Lewis to file a *pro se* brief. We received no response from Lewis. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support this appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 17, 2015
Opinion Delivered August 26, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Lewis may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.